USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

FRANCISCO VIRUET,

                Defendant.

-------------------------------------------------X

17 MJ 8785-10 (SN)

ORDER

SARAH NETBURN, Magistrate Judge:

    In light of Francisco Viruet's continued participation in the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to July 30, 2020.

Dated:     June 30, 2020
              New York, New York

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge