# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **17-MJ-08785**  
USAO No. **2017R01572**

Date **08/03/20**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint     ☐ Removal Proceedings in

*United States v.* **Francisco Viruet**

The Complaint/Rule 40 Affidavit was filed on **11/27/2017**

✓ *U.S. Marshals please withdraw warrant*

NOAH SOLOWIEJCZYK  
Digitally signed by NOAH SOLOWIEJCZYK  
Date: 2020.08.03 08:38:06 -04'00'

ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

Noah Solowiejczyk  
(print name if signature handwritten)

**SO ORDERED:**

DATE: August 12, 2020

*[signature]*

UNITED STATES MAGISTRATE JUDGE